**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ANTHONY GASTON HARRELL,**

> *Plaintiff,*

**v.**                                          **Case No.: 4:22cv230-MW/MJF**

**KIRKLAND,**

> *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute, failure to pay the filing fee, and failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED on October 24, 2022.**

> **s/Mark E. Walker**_____ _____
> **Chief United States District Judge**